Case No.  **CV 19-3588-JFW(PLAx)**                                      Date: June 18, 2019

Title:    City of El Monte, et al. -v- Purdue Pharma L.P., et al.

**PRESENT:**

     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
     None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND [filed 5/24/2019; Docket No. 24];**

                                                        **ORDER DENYING AS MOOT DISTRIBUTOR DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING LIKELY TRANSFER TO MULTIDISTRICT LITIGATION [filed 5/23/2019; Docket No. 23]**

     On May 23, 2019, Defendants McKesson Corporation, Cardinal Health, and Amerisourcebergen Corporation ("Distributor Defendants") filed a Motion to Stay Proceedings Pending Likely Transfer to Multidistrict Litigation. On June 3, 2019, Plaintiffs City of El Monte and the People of the State of California ("Plaintiffs") filed their Opposition. On June 10, 2019, the Distributor Defendants filed a Reply.

     On May 24, 2019, Plaintiffs filed a Motion to Remand. On June 3, 2019, the Distributor Defendants filed their Opposition. On June 10, 2019, Plaintiffs filed a Reply.

     Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for June 24, 2019 is hereby vacated and the matters are taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

     For the reasons stated in Plaintiffs' moving and reply papers, the Court **GRANTS** Plaintiffs' Motion to Remand. The Court signs, as modified, Plaintiffs' Proposed Statement of Decision lodged with the Court on June 12, 2019 [Docket No. 30-1]. This action is hereby **REMANDED** to Los Angeles County Superior Court.

Distributor Defendants' Motion to Stay Proceedings Pending Likely Transfer to Multidistrict Litigation is **DENIED as moot.**

IT IS SO ORDERED.